**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| PHILLIP PLEDGER, BY BENITA PLEDGER, AS GUARDIAN OF HIS PERSON AND CONSERVATOR OF HIS ESTATE, | : No. 31 EAL 2019 |
| | : |
| | : Petition for Allowance of Appeal from the Order of the Superior Court |
| Respondent | : |
| | : |
| v. | : |
| | : |
| JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON AND JANSSEN RESEARCH & DEVELOPMENT, LLC, | : |
| Petitioners | : |
| PHILLIP PLEDGER, BY BENITA PLEDGER, AS GUARDIAN OF HIS PERSON AND CONSERVATOR OF HIS ESTATE, | : No. 32 EAL 2019 |
| | : |
| | : Petition for Allowance of Appeal from the Order of the Superior Court |
| Respondent | : |
| | : |
| v. | : |
| | : |
| JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON CO. AND JANSSEN RESEARCH & DEVELOPMENT, LLC, | : |
| Petitioners | : |

**ORDER**

**PER CURIAM**

**AND NOW**, this 2nd day of August, 2019, the Petition for Allowance of Appeal is **DENIED**.